# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01875-NYW

DANIEL ABDYRAKHMANOV,

     Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Center,
ROBERT HAGAN, Director, Immigration and Customs Enforcement,
TODD M. LYONS, Immigration and Customs Enforcement,
MARKWAYNE MULLIN, Secretary of the Department of Homeland Security, and
TODD BLANCHE, Acting Attorney General, United States Department of Justice, in their
official capacities,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order entered by United States District Judge Nina Y. Wang on July 9, 2026 [Doc. 20], it is

ORDERED that Petitioner's remaining claims are DENIED as moot. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that Petitioner shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 10th day of July, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk